

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00515-CV

**IN THE INTEREST OF V.S.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00518
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellants are unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED April 14, 2021.

_____
Patricia O. Alvarez, Justice